IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RUPHARD HUGH MARTIN, JR.,<br><br>   *Plaintiff*<br> v.<br><br>SOUTHERN PREMIER CONTRACTORS, INC.,<br><br>   *Defendant* | Civil Action File No.<br><br>2:11-CV-00197-RWS |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR THE DISMISSAL WITH PREJUDICE OF THE LAWSUIT**

  Plaintiff Ruphard Hugh Martin, Jr., and Defendant Southern Premier Contractors, Inc., jointly ask the Court to approve the settlement agreement attached as Exhibit A. The jointly drafted memorandum of law attached as Exhibit B supports this motion. If the Court approves the settlement, then the parties jointly request that the Court direct the Clerk of Court to mark this lawsuit dismissed with prejudice and to close the Court's file.

  This 5th day of December, 2013.

| | |
|---|---|
| **JOHNSON MARLOWE LLP** | **FISHER & PHILLIPS LLP** |
| /s/Dustin Marlowe | /s/ Tracy L. Moon, Jr. |
| Dustin Marlowe | Tracy L. Moon, Jr. |
| Georgia Bar. No. 773538 | Georgia Bar No. 518050 |
| Spence Johnson | Michael P. Elkon |
| Georgia Bar No. 395469 | Georgia Bar No. 243355 |
| | |
| 455 Epps Bridge Parkway | 1075 Peachtree Street, NE |
| Suite 101 | Suite 3500 |
| Athens, Georgia 30606 | Atlanta, Georgia 30309 |
| dustin@johnsonmarlowe.com | tmoon@laborlawyers.com |
| spence@johnsonmarlowe.com | melkon@laborlawyers.com |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing Joint Motion for Approval of Settlement Agreement and for the Dismissal with Prejudice of the Lawsuit to the Clerk of Court using the CM/ECF system, which system will send an electronic notice of filing to Defendant's counsel of record, Tracy Moon and Michael Elkon.

This 5th day of December, 2013.

|  |  |
|---|---|
| 455 Epps Bridge Parkway<br>Suite 101<br>Athens, Georgia 30606<br>706-425-8740<br>dustin@johnsonmarlowe.com | /s/ Dustin Marlowe_____<br>Dustin Marlowe<br>Ga. Bar No. 773538 |